In re Lebel, Marinette Darchelle; Mathews, Marietta Wright et al.; Samaniego, Vana Wright; —Defendant(s); Applying For Supervisory and/or Remedial Writs, Parish of Ouachita, West Monroe City Court, Nos. M09-51344, M09-51345, M09-51346, M09-51347, M09-51353, M09-51354, M09-51356, M09-51357, M09-51358; to the Court of Appeal, Second Circuit, Nos. 45,888-KW, 45,889-KW, 45,890-KW, 45,-891-KW, 15,892-KW, 45,893-KW, 45,894-KW, 45,896-KW, 45,895-KW.
Stay denied. Writ not considered; not timely filed.